AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

ANTHONY VILLANUEVA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:23CR636 (PGS)

The Defendant was found not guilty on Count 1s of the Superseding Indictment.  IT IS ORDERED that the Defendant is acquitted on Count 1s of the Superseding Indictment.

_[signature]_
Signature of Judge

Peter G. Sheridan, United States      District Judge
Name of Judge                         Title of Judge

3/6/2024
Date